UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROGER W. WALLACH, individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:16 CV 450 CDP |
| WHETSTONE PARTNERS, LLC, ) ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff having filed an amended complaint,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss the state court petition [4] is denied as moot without prejudice to being re-filed as to the amended complaint.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2016.